Civil Action No. 3:21-cv-02847-G-BH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 7 2021
CLERK, U.S. DISTRICT COURT
By _____ YL _____
Deputy

This summons for *(name of individual and title, if any)* JBD COMPANY LLC. was received by me on *(date)* Nov 18, 2021, 7:07 am.

[X] I personally served the summons on the individual at *(place)* 921 REDONDO CIR, PLANO, TX 75075 on *(date)* Wed, Nov 24 2021 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* JOHN BLOOM , who is designated by law to accept service of process on behalf of *(name of organization)* JBD COMPANY LLC. on *(date)* Wed, Nov 24 2021 ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 11/29/2021

_____
Server's signature

Lisa Addison  -  Process Server
_____
Printed name and title

940 W FM 544, Wylie, TX 75098
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 24, 2021, 5:24 pm CST at 921 REDONDO CIR, PLANO, TX 75075 received by JBD COMPANY LLC., C/O JOHN BLOOM. Age: 57; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'10"; Hair: Brown;

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET.

Civil Action No. 3:21-cv-02847-G-BH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 7 2021
CLERK, U.S. DISTRICT COURT
By_____ YL

This summons for *(name of individual and title, if any)* 204S6TH LLC., C/O DREAM TEAM LLC. was received by me on *(date)* Nov 18, 2021, 7:07 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JOHN BLOOM, who is designated by law to accept service of process on behalf of *(name of organization)* 204S6TH LLC., C/O DREAM TEAM LLC. on *(date)* Wed, Nov 24 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 11/29/2021

*Server's signature*

Lisa Addison - Process Server

*Printed name and title*

940 W FM 544, Wylie, TX 75098

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 24, 2021, 5:40 pm CST at 921 REDONDO CIR, PLANO, TX 75075 received by 204S6TH LLC., C/O DREAM TEAM LLC. WHERE THE DOCUMENT WAS ACCEPTED BY JOHN BLOOM. Age: 57; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'10";

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET.



Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217

NORTH TEXAS TX P&DC
DALLAS TX 750
2 DEC 2021 PM 4 L

FOREVER / USA

Federal Court
1100 Commerce St # 1452
Dallas, TX 75242

75242-131052

DEC - 7 2021