UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HUNSINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:21-CV-2847-G-BH |
| 204S6TH LLC and JBD COMPANY LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

The plaintiff's motion for default judgment, filed January 27, 2022 (docket entry13) is **DENIED**, and by separate judgment, the plaintiff's claims against the defendant JBD Company LLC will be **DISMISSED** with prejudice *sua sponte* for failure to state a claim. The plaintiff's motion for default judgment, filed January 27, 2022 (docket entry15) is **GRANTED** in part and **DENIED** in part, and judgment will be separately entered against the defendant 204S6TH LLC in the total amount of

$6,000.00 on the plaintiff's claim for statutory damages under the Telephone Consumer Protection Act.

**SO ORDERED**.

April 13, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**