UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE HUNSINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:21-CV-2847-G-BH |
| 204S6TH LLC and JBD COMPANY ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The claims against the defendant JBD Company LLC are *sua sponte* **DISMISSED** with prejudice for failure to state a claim.

2. The plaintiff shall recover from and against the defaulting defendant 204S6TH LLC the total amount of $6,000.00 in statutory damages under the Telephone Consumer Protection Act, and post-judgment interest at the applicable federal rate from the date of this Judgment until it is paid in full.

3. The taxable costs of court, as calculated by the Clerk of Court, are assessed against 204S6TH LLC.

4. The Clerk of Court shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

April 13, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**